E-FILED
Friday, 25 October, 2019  02:28:15 PM
Clerk, U.S. District Court, ILCD

To the U.S. District Court,   Wensday, October 23, 2019

Hello, my name is ~~Gerardo Torre~~ GERARDO TORRES. I was given this address so I could file a complaint/suit against the Vermillion County Jail/the (PSB) at 2 E. South St. Danville, IL. 61832 here. I have been locked up with nothing but <u>hard core criminals</u> here, Major Felons, including Burglars, armed robbers, & even <u>Murderers</u>! I am only a misdemenor this is my case # 19CM482 I was also on a medical block with nothing but felons & they were not/would not give me my proper medication. They never took me to see my primary doctor either. So I could have my medication changed and/or adjusted. All the Blocks I have been on have been <u>Felony</u> blocks. O-Block (medical), U-Block (where I was robbed and conered) the main instigator in cell U-209 Marcus AKA (~~Easy Mac~~) Mac Easy, and now I am being punished just because I "walked off" the block. I was robbed & intimidated in my own cell by 5 other inmates. On the first occasion they stole my knee brace. (~~Easy Mac~~) (Mac Easy)/Marcus cell U-209. <u>I need that! I have chronic pain that will never go away for the rest of my life!</u> I have titanium & 4 screws inside my left knee! And then when I asked the nurse for the other knee brace that was brought to me by my family. All she did was simply write the time and the date in a response on

what they call a kiosk here. (Phone/electronic form device) Now I'm on a block called "K" block that is filled with felons too <u>and</u> it's 23-1 meaning I am locked down for 23 hours and only let out 1 hour of the day/night. This place is corrupt + needs to be investigated. I hope you can help me + as I said, I would like to file a suit. Thank you for your time + please write me back at this address or call me for I should be out of here soon. (hopefully).

Gerardo Torres
818 E. Young
Hoopeston, IL. 60942

(217) 283-5642